IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARNELL ROBINSON** : <br> **1321 5TH St., Apt. 203 N.W.** : <br> **Washington, D.C. 20001** : <br>  : <br> **Plaintiff** : <br>  : <br> v.  : <br>  : <br> **DC GOVERNMENT, et al.** : <br>  : <br> **Defendants.** : | Case No.: 2007 CA 01796 |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that on March 5, 2008, the Summons and Complaint in the above-captioned case was hand delivered to Officer Earl E. Brown at 8110 Knightsbridge Street, White Plains, Maryland 20695.

The Summons and Complaint were in fact received by the defendant Earl Brown as evidenced by Exhibit A, of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,

By:     /s/ *Donna Williams Rucker*
              Donna Williams Rucker, Esquire
              DUBOFF & ASSOCIATES, CHARTERED
              8401 Colesville Road, Suite 501
              Silver Spring, Maryland 20910
              (301) 495-3131   Office
              (301) 587-1872   Facsimile

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-5-08 |
| NAME OF SERVER (PRINT) Michael Clark | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 8110 Knightsbridge St. White Plains MD 20695 / Charles County

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: Earl E Brown

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-5-08
            Date

Signature of Server

P.O. Box 68  Lanham MD 20703
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.