**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

**ARNELL ROBINSON,** )
)
**Plaintiff,** )
) **Case No.: 07-01796EGS**
**v.** ) **Next Event: not set**
)
**DISTRICT OF COLUMBIA GOVERNMENT, ET. AL.,** )
)
**Defendants.** )

**MOTION FOR EXTENSION OF TIME, *NUNC PRO TUNC*,**
**TO SERVE DEFENDANT BROWN WITH THE SUMMONS AND COMPLAINT**

**COMES NOW** the Plaintiff, Arnell Robinson, by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(2) and Rule 4(m) and respectfully requests, an extension of time, *nunc pro tunc*, to serve Defendant Brown with the summons and complaint, and in support therefor, states as follows:

1. On or about October 3, 2006, plaintiff filed his Complaint.
2. Despite the fact that plaintiff had Defendant Brown's work address, the individuals at the Station advised the Process server that no such person worked for the Department.
3. The Process Server tried on several occasions to determine Defendant Brown's shift so that service could be made.
4. Each time the process server was told that no such person was there or known to work in that division.
5. Plaintiff then paid the process server additional fees to do a search for Officer Brown to serve him at a home address.
6. This process took a considerable amount of time, and in the process, the summons should have been reissued. Typically, the summons is returned and it is calendared to be reissued or

time extended. In this instance, the process server was working continually on this file to get officer Brown served, and when service was made, the proof of service was filed.

7. No party will be prejudiced if plaintiff is allowed to serve defendant Brown at this stage of the litigation. Defendant Brown has counsel now, and he has appeared on his behalf in this case. Counsel now represents all defendants, and no other action beyond the filing and service of the summons has taken place thus far. Therefore, there will be no prejudice to defendant Brown in joining the litigation at this time.

8. Plaintiff's has been diligently prosecuting this case, and but for the oversight, a request to reissue would have been made while the process server was narrowing his search because Defendant Brown has such a common name.

9. Prior to filing this motion, Plaintiff called defendant's counsel but was unable to reach him.

10. Plaintiff's position on this matter is more fully set forth in the accompanying Memorandum of Points and Authorities which are incorporated herein by reference.

**WHEREFORE**, based upon the foregoing, and in the interest of justice, plaintiff respectfully request and extension of time, *nunc pro tunc*, to serve defendant Brown, and grant such other and further relief as deemed just and proper.

Respectfully submitted,

DuBOFF & ASSOCIATES, CHARTERED

By: /s/ Donna Williams Rucker/____________________
Donna Williams Rucker, Bar No. #446713
DuBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, MD 20910
(301) 495-3131 (office)
(301) 587-1872 (facsimile)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

**ARNELL ROBINSON,** )
)
**Plaintiff,** )
) **Case No.: 07-01796**
**v.** )
)
**DISTRICT OF COLUMBIA GOVERNMENT, ET. AL.,** )
)
**Defendants.** )

**MEMORANDUM OF POINTS AND AUTHORTIES IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME, *NUNC PRO TUNC*, TO SERVE DEFENDANT BROWN**

Plaintiff by and through counsel respectfully request an enlargement of time, *nunc pro tunc*, that an extension of time to serve defendant Brown with the Summons and Complaint in this case. The Summons and Complaint were properly served on defendant Brown on or about March 5, 2008, when the same was served upon the person of defendant Brown at his home address, as stated in Exhibit 1.

I. Plaintiff Has In Good Faith Diligently Pursued His Cause Of Action And The Failure To Timely Serve Defendant Brown Is Excusable Neglect

Rule 6(b)(2) of the Federal Rules of Civil Procedure provides that if the request for enlargement is made after the time period expires, the district court may grant the post-expiration enlargement if: (1) cause is shown; and (2) the failure to act was the result of excusable neglect.

In this case, the defendant will not be prejudiced if additional time is given to effect service, *nunc pro tunc*, on defendant Brown. Plaintiff has proceeded in good faith in this matter and he diligently pursued this case. The failure to request an extension of time to serve Defendant Brown was due to excusable neglect. As stated above, plaintiff hired a private

process server to serve defendant Brown and incurred additional cost to pay for the process server to locate Defendant Brown by name and obtain his home address. In the process, the time for service expired. The failure to timely serve defendant Brown resulted from excusable neglect in that plaintiff's counsel was working diligently to get the information necessary to serve defendant Brown.

The process server in this matter went to the station where defendant Brown worked but met with repeated opposition. He was told that defendant Brown did not work there, and at other times that no such person was known. The process server returned many different times trying to appear for different shifts. When the process server called and stated that he was convinced that the officer was avoiding him and that he was not getting any help from the people at the station, he suggested that he try a search to locate defendant Brown by name to obtain his home address. The process server reported that because the name was common he was checking out several leads. Finally, the process server reported that he located an offensive and disgruntled defendant Brown who was in his front yard when he was personally served.

The Initial Scheduling Conference has not yet been scheduled in this matter, and as such, discovery has not yet begun. An enlargement of time for the service of the summons, *nunc pro tunc*, on defendant Brown will not have an impact on the course of the judicial proceedings. Plaintiff has not sought prior extensions in this matter. Based on the circumstances in this case, plaintiff has satisfied the standard set forth in *Wilson v. Feldman,* Civ. A. No. 90-0263, 1991 WL 197025, at *1 (D.D.C. September 18, 1991) (citations omitted) which held "[t]o meet the standard for excusable neglect, . . . counsel must show good faith, little or no prejudice to other parties, and 'a reasonable basis for not complying within the specified period.'"). Based on Fed. R. Civ. P. 4(m) and 6(b)(2), plaintiff respectfully requests that he be allowed to have service

made on defendant Brown, effective, *nunc pro tunc*.

WHEREFORE, based on the foregoing, and in the interest of justice, plaintiff respectfully requests that this Court grant plaintiff's request for an extension of time for service of the Summons and Complaint on defendant Brown, *nunc pro tunc*, or in the alternative, to specify a date certain for service to be made on defendant Brown, and grant such other and further relief as deemed just and proper.

Respectfully submitted,

By: __/s/ *Donna Williams Rucker*____

Donna Williams Rucker, Esquire
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131 Office
(301) 587-1872 Facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion For An Extension of Time, *nunc pro tunc*, to Serve Defendant Brown With the Summons and Complaint was delivered via this Courts Electronic Filing System, this 4th day of April, to Eric S. Glover, Esq., Assistant Attorney General – Sixth Floor South, 441 4th Street, N.W., Washington, D.C. 20001.

__/s/ *Donna Williams Rucker*____
Donna Williams Rucker, Esquire


AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE 3-5-08 |
|---|---|
| NAME OF SERVER (PRINT) Michael Clark | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served: 8110 Knightsbridge St. White Plains MD 20695 / Charles County

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Earl E. Brown

G Returned unexecuted:

G Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-5-08 Date

Michael Clark *Signature of Server*

P.O. Box 68 Lanham MD 20703 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| **ARNELL ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 07-01796** |
| **v.** | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA GOVERNMENT, ET. AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

UPON CONSIDERATION of the Plaintiff Arnell Robinson's Motion For An Extension of Time, *nunc pro tunc*, to Serve Defendant Brown With the Summons and Complaint, the information contained therein, and the record herein, it is this ______ day of ___________________, 2008,

ORDERED, that plaintiff's request is granted, *nunc pro tunc,* to serve defendant Brown up to and including March 5, 2008.

**SO ORDERED.**

_________________________________
Emmet G. Sullivan
United States District Court

Copies to:

All pro se parties and counsel of record

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| **ARNELL ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 07-01796** |
| **v.** | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA GOVERNMENT, ET. AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

UPON CONSIDERATION of the Plaintiff Arnell Robinson's Motion For An Extension of Time, *nunc pro tunc*, to Serve Defendant Brown With the Summons and Complaint, the information contained therein, and the record herein, it is this ______ day of ___________________, 2008,

ORDERED, that Plaintiff Robinson has until ___________ to serve Defendant Brown.

**SO ORDERED.**

_________________________________
Judge Gerald I. Fisher

Copies to:

All pro se parties and counsel of record