**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ARNELL ROBINSON** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **Case No.: 2007-CA-01796** |
| | : | **The Honorable Judge Sullivan** |
| **DISTRICT OF COLUMBIA** | : | |
| **GOVERNMENT, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT EARL BROWN'S MOTION TO**
**DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW Plaintiff, Arnell Robinson, by and through counsel, DUBOFF &

ASSOCIATES, CHARTERED and Donna Williams Rucker, Esquire and in accordance with the

Federal Rules of Civil Procedure and Fed. R. Civ. P. Rule 4(l) files this Opposition to Defendant

Earl Brown's Motion to Dismiss Plaintiff's Complaint and further states as follows:

1.      Plaintiff filed suit in the above captioned action on or about October 3, 2007 and

summonses were issued on the named Defendants.

2.      Plaintiff served the District of Columbia by and through the designated

individuals in the Office of the Mayor of the District of Columbia and the Office of the Attorney

General and Defendant District of Columbia has filed an answer. (See generally Defendant

District of Columbia's Answer).

3.      Plaintiff repeatedly attempted service upon Officer Brown at his job but was

repeatedly told that Officer Brown did not work in that division and he was not known.

4.      Plaintiff's process server was then engaged to conduct a search for Officer

Brown's home address; this search took a significant amount of time as Officer Earl Brown has

an unusually common name.

5. Plaintiff was diligently seeking to find and serve Defendant Brown continually until he was served on March 5, 2008.

6. On March 5, 2008, a copy of the Summons and Complaint were personally served upon Defendant Officer Earl Brown by Plaintiff's process server, Mr. Michael Clark, as evidenced by the Return of Service/Declaration of Server previously filed with this Court. (See Generally Proof of Service)

7. Defendant Brown filed a Motion to Dismiss based on the timeliness of the service on March 5, 2008.

8. Plaintiff filed a request for an extension of time to serve Defendant Brown, which was granted by this Honorable Court.  Plaintiff was given till June 15, 2008 to serve Defendant.

9. Plaintiff's process server Mr. Michael Clark again personally served Officer Brown at 8110 Knightsbridge Street in White Plains, Maryland 20695 on June 7, 2008. (Exhibit 1 Affidavit of Mr. Michael Clark)

10. Plaintiff incorporates herein the Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendant Earl Brown's Motion to Dismiss.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court Deny Defendant Earl Brown's Motion to Dismiss Plaintiff's Complaint and for such other and further relief as this Court deems just, necessary and appropriate.

Respectfully submitted,

By:  ___/s/ *Donna Williams Rucker*_____
Donna Williams Rucker, Esquire (#446713)
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131    Office
(301) 587-1872    Facsimile

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ARNELL ROBINSON** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | Case No.:  **2007-CA-01796** |
| | : | **The Honorable Judge Sullivan** |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **GOVERNMENT, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT EARL BROWN'S MOTION TO
DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW Plaintiff, Arnell Robinson, by and through counsel, DUBOFF &

ASSOCIATES, CHARTERED and Donna Williams Rucker, Esquire and in accordance with the

Federal Rules of Civil Procedure Rule 12(b)(5) and Rule 4(l) files this Memorandum of Points

and Authorities in Support of Plaintiff's Opposition to Defendant Earl Brown's Motion to

Dismiss Plaintiff's Complaint and further states as follows:


I.     **FACTS**

Plaintiff filed the above captioned action on or about October 3, 2007 alleging that he had

been detained, assaulted, battered, falsely arrested, had his constitutional rights violated, and was

subjected to emotional distress by and through the actions of Officer Earl Brown, the District of

Columbia, and the other John Doe Defendants.  Please see the allegations contained within the

Plaintiff's Complaint for Damages and Equitable Relief.

On, or about, October 4th, 2006, the plaintiff was walking home from school and was

proceeding on the 400 Block of O Street NW in Washington DC between 5th Street and 4th or 6th

Street.  Plaintiff observed a marked Metropolitan Police approach the intersection near where he

3

was walking.  The Officer, later identified as Defendant Brown, stopped his police cruiser and

exited the vehicle and began to verbally harass the Plaintiff.  Defendant Brown then forcefully

grabbed the Plaintiff's right arm twisted it behind the Plaintiff, threw the Plaintiff, face first, into

an iron fence and then Officer Brown slammed his arm across the Plaintiff's neck.

Plaintiff had been shot, by accident, in the face/neck in July of 2006 and the bullet was

left inside his neck.  The injury Plaintiff suffered in July of 2006 affected his ability to hear in his

right ear and has also caused other physical manifestations such that he is not able to yell,

scream, or speak in a loud voice.

Defendant Officer Brown was made aware, by others on the scene, of Plaintiff's injuries

and Defendant Officer Brown continued to forcibly hold the Plaintiff against an iron fence with

an arm across the Plaintiff's neck and stated "I don't give a fuck he is going to jail".

II.    **ARGUMENT**

**Defendant Brown was personally served with the Summons and Complaint**

Plaintiff repeatedly attempted service upon Officer Brown at his place of employment,

The Metropolitan Police Department of the District of Columbia, but was repeatedly told that

Officer Brown did not work in that division and that he was not known there.  Plaintiff's process

server was then engaged to conduct a search for Officer Brown's home address by using his

name; this search took more than the usual amount of time as Officer Earl Brown has a common

name.

A copy of the Summons and Complaint were personally served upon Defendant Officer

Earl Brown on March 5, 2008 by Plaintiff's process server, Mr. Michael Clark, as evidenced by

the Return of Service/Declaration of Server previously filed with this Court.  The Summons and

Complaint were not left at Officer Brown's home they were personally handed to him by

Plaintiff's process server.

On March 5, 2008, on a clear sunny day, at approximately 5:00 p.m. Mr. Michael Clark

approached Officer Brown who was in the driveway of the Knightsbridge Street location. Mr.

Clark states that Officer Brown is a Black male with a thin build in his late twenties to early

thirties and is approximately five foot ten inches tall.  Mr. Clark approached Officer Brown and

handed him the Summons and Complaint.  Immediately upon observing the documents he

proceeded to drop them onto the ground and stated that he would not accept service.  Officer

Brown, after dropping the documents, proceeded to enter the house stating that if he was ever

served again that he would always state that he never got it.  (See Exhibit 1 – Affidavit of

Michael Clark)

Defendant Brown filed a Motion to Dismiss based on the timeliness of the service.

Plaintiff sought and received additional time, from this Honorable Court in order to again serve

Defendant Brown.  Plaintiff was given until June 15, 2008 to effectuate service upon the

Defendant.

On June 7, 2008 at approximately 5:00 a.m. Mr. Clark again approached Officer Brown

in the drive way of 8110 Knightsbridge Street in White Plains, Maryland 20695.  Upon seeing

Mr. Clark, Officer Brown repeatedly stated that he was not accepting anything, whereupon Mr.

Clark served Officer Brown the Summons and Complaint in the above captioned action.  (See

Exhibit 1).  Mr. Clark is prepared to testify that he personally served the Summons and

Complaint by placing the documents on the Defendant's body in the torso area. The Defendant's

Summons and Complaint was left with him and was not placed on the door of his home as it was

5

clear to Plaintiff's process server that the document had to be served in the same manner as it

was originally served.

As the Plaintiff has properly served Defendant Officer Earl Brown, according to Fed. R.

Civ. P. 4(e)(2), Defendant's Motion to dismiss for failure to properly serve the Defendant should

be denied.

## III.    CONCLUSION

Defendant Brown has now been personally served twice, and as he is now aware of the

claims against him, as evidenced by the Affidavit of Police Officer Earl Brown attached to

Officer Brown's Motion to Dismiss Plaintiff's Complaint.  Defendant Earl Brown is not at any

disadvantage to the other parties as discovery has yet to occur.

WHEREFORE, based upon the foregoing, and in the interest of justice, Plaintiff

respectfully requests this Honorable Court to Deny Defendant Earl Brown's Motion to Dismiss

Plaintiff's Complaint, and to grant such other and further relief as deemed just and proper and in

the alternative to hold a hearing on this issue.

Respectfully submitted,


By:    __/s/ *Donna Williams Rucker*_____
Donna Williams Rucker, Esquire (#446713)
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131    Office
(301) 587-1872    Facsimile

**CERTIFICATE REGARDING SERVICE**

I HEREBY CERTIFY that a copy of the foregoing <u>Plaintiff's Opposition to Defendant Earl Brown's Motion to Dismiss Plaintiff's Complaint</u> was served via this Court's ECF Service this 8th day of July, 2008, to: **Eric S. Glover, Esquire** – Assistant Attorney General – 441 Fourth Street, N.W., Suite 6N04, Washington, D.C. 20001.


　　　　　　　　　　　　　　　　　　　　__/s/ *Donna Williams Rucker*_____
　　　　　　　　　　　　　　　　　　　　Donna Williams Rucker, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARNELL ROBINSON                          :
                                         :
        Plaintiff                        :
                                         :
    v.                                   :        Case No.: 2007 CA 01796
                                         :        The Honorable Judge Sullivan
DC GOVERNMENT, et al.                    :
                                         :
_____Defendants._____                :

## AFFIDAVIT

I, Michael Clark, do hereby state under oath that I am over 18 years of age and am

competent to testify as to the matters stated below and that the facts set forth are based upon my

personal knowledge:

1.      I am a retired Capitol Police Officer. I was on the Police Force for over twenty

(20) years. I have no personal interest in the case styled as *Robinson v. District of Columbia,*

Case Number 2007 CA 01796.

2.      I personally served Officer Earl Brown on March 5, 2008 at his home address of

8110 Knightsbridge Street in White Plains, Maryland 20695.

3.      On March 5, 2008, on a clear sunny day, at approximately 5:00 p.m. I approached

Officer Brown who was in the driveway of the Knightsbridge Street location.

4.      Officer Brown is a Black male with a thin build in his late twenties to early

thirties and is approximately five foot ten inches tall.

5.      On March 5, 2008 I approached Officer Brown and handed him the Summons and

Complaint. Immediately upon observing the documents he proceeded to drop them onto the

ground and stated that he would not accept service.

1

6.      Officer Brown, after dropping the documents, proceeded to enter the house stating that if he was ever served again that he would always state that he never got it.

7.      On June 7, 2008 at approximately 5:00 a.m. I again approached Officer Brown in the drive way of 8110 Knightsbridge Street in White Plains, Maryland 20695.  Upon seeing me he repeatedly stated that he was not accepting anything.  I again personally handed Officer Brown the Summons and Complaint.

8.      I did not leave the Summons and Complaint on the door of the residence at 8110 Knightsbridge Street in White Plains, Maryland 20695 on March 5, 2008 or on June 7, 2008.


        I DO SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTY OF PERJURY
THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT
TO MY PERSONAL KNOWLEDGE, INFORMATION AND BELIEF.


                              _____
                              Michael Clark


        Subscribed and sworn to before me this ___ day of _____ 2008, a Notary
Public in and for the state of Maryland.


        SUSAN DuBOFF                  _____
NOTARY PUBLIC STATE OF MARYLAND       Notary Public
My Commission Expires September 1, 2008

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ARNELL ROBINSON     :
           :
    **Plaintiff**    :
           :
  **v.**         :  **Case No.:  _2007-CA-01796__**
           :  **The Honorable Judge Sullivan**
DISTRICT OF COLUMBIA :
GOVERNMENT, et al.   :
           :
    **Defendants.**  :

**ORDER**

   UPON CONSIDERATION of Defendant Earl Brown's Motion to Dismiss Plaintiff's

Complaint, the Plaintiff's Opposition thereto, the information contained therein, and the record

herein it is this _____ day of _____, 2008.

   **ORDERED**, that the Defendant's Motion to Dismiss Plaintiff's Complaint be and hereby

is **DENIED.**

   **SO ORDERED.**

          _____
          Judge Sullivan

Copies to:

**Donna Williams Rucker, Esquire**
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
VIA ELECTRONIC SERVICE

**Eric S. Glover, Esquire** – Assistant Attorney General
441 Fourth Street, N.W., Suite 6N04
Washington, D.C. 20001
VIA ELECTRONIC SERVICE