**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ARNELL ROBINSON,

     Plaintiff,

     v.

DISTRICT OF COLUMBIA, *et al.,*

     Defendants.

2007-CA-01796
Hon. Judge Sullivan

**DEFENDANT OFFICER EARL BROWN'S REPLY TO PLAINTIFF'S**
**OPPOSITION TO  HIS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

     Defendant Officer Earl Brown (hereinafter "Defendant Brown"), by and through

counsel, submits this reply brief in response to plaintiff's opposition to his motion to

Dismiss Plaintiff's Complaint, and states as follows:

     **A.**     **DEFENDANT BROWN IS ENTITLED TO DISMISSAL OF**
                  **PLAINTIFF'S COMPLAINT AGAINST HIM**

     On or about October 3, 2007, plaintiff filed a complaint with the Court claiming

that he was stopped, assaulted and subsequently falsely arrested by defendant Officer

Earl Brown on October 6, 2006.  See Complaint, at ¶¶ 9-10.  More specifically, the

plaintiff alleges that the defendant grabbed his right arm, twisted it, slammed him against

an iron fence and then slammed his arm against the plaintiff's neck and placed him in

handcuffs. See Complaint, generally.

     On June 13, 2008, the plaintiff filed purported Proof of Service claiming that

his process server served Defendant Brown with a copy of his complaint on June 7, 2008.

Notwithstanding plaintiff's claims made in his opposition to this defendant's motion to

dismiss, Defendant Brown has not been served with a copy of plaintiff's complaint.  See

Court's Docket No. 20.  Because this defendant has not been served in affordance with

Fed. Civ. R. 4, dismissal of this Court action is appropriate.

WHEREFORE, defendant Officer Earl Brown seeks dismissal of plaintiff's

Complaint against him.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of
Columbia

GEORGE VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____/s/ Eric S. Glover_____
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W. Suite 6N04
Washington, D.C. 20001
(202) 442-9754; (202) 724-6295

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ARNELL ROBINSON,

     Plaintiff,

     v.

DISTRICT OF COLUMBIA, *et al.,*

     Defendants.

2007-CA-01796
Hon. Judge Sullivan

## <u>ORDER</u>

Upon consideration of the defendant Officer Earl Brown's Motion to Dismiss, plaintiff's response thereto, if any, and the record herein, it is by the Court this _____ day of _____, 2008,

ORDERED:    that the Motion is GRANTED for the reasons set forth in the defendant's motion; and it is

FURTHER ORDERED:   that plaintiff's Complaint be DISMISSED against defendant Officer Earl Brown.

_____
JUDGE EMMET G. SULLIVAN
UNITED STATES DISTRICT COURT